IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 2:25-cv-60-SMD |
| ELMORE SAND & GRAVEL, INC., ) | |
| Defendant. ) | |

# **FINAL JUDGMENT**

Upon consideration of the parties' Consent Motion for Entry of Consent Decree (Doc. 18) and in accordance with the opinion enter on this day, it is

ORDERED as follows:[1]

1. The motion (Doc. 18) is GRANTED.

2. The terms of the consent decree (Doc. 4-1) are adopted and incorporated herein as part of this Order. The Court retains jurisdiction over this action for the purpose of enforcing compliance with the terms of this Order.

3. The Clerk of Court is DIRECTED to docket this filing as a final judgment under Federal Rule of Civil Procedure 58 and close this case.

---

[1] Under 28 U.S.C. § 636(c), the parties have consented to the undersigned conducting all proceedings and entering final judgment in this case. Consent (Doc. 13).

DONE this 23rd day of May, 2025.

                                                    /s/ Stephen M. Doyle

Stephen M. Doyle
CHIEF U.S. MAGISTRATE JUDGE